| Probation Form 22 | United States District Court<br>Federal Probation System<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER (*Transfer Court*)<br>7:08-CR-101-1FL |
|---|---|---|
| | | DOCKET NUMBER (*Rec. Court*)<br>21cr436 RMB |

| NAME OF OFFENDER<br>**Richard F. Williams Jr.**<br>(CUMBERLAND COUNTY, NJ) | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION<br>**Eastern Division** |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>**Louise W. Flanagan** | |
| | DATES OF SUPERVISION → | FROM: 5/14/2021   TO: 05/13/2024 |

**OFFENSE**
Armed Robbery in Special Maritime and Territorial Jurisdiction of the United States, 18 U.S.C § 2111

**PART 1 - ORDER TRANSFERRING JURISDICTION**
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the District of New Jersey upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

5/20/2021
Date

Louise W. Flanagan, U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HERBY ORDERED that jurisdiction over the above named offender be accepted and assumed by this court from and after the entry of this order.

Effective Date

United States District Judge