1-21-CR-00436

Richard Williams
VS -
United States

**RECEIVED**
APR - 1 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

This is to Inform the Court of my Change of Address starting Immediately.

New Address IS:

Richard Williams
1609 E. Dartmouth Ave
Muncie, IN 47303

Submitted this Day
3/27/2024

Respectfully
[signature]

Richard Wilkins
1609 E Dartmouth Ave
Muncie, IN 47303

INDIANAPOLIS IN 460
28 MAR 2024 PM 2 L

FREEDOM

Clerk's Office
Mitchell H. Cohen Building
United States Court House
4 Copper Street
Camden, New Jersey 08101

RECEIVED
APR -1 2024
AT 8:30
CLERK, U.S. DISTRICT COURT

08102-234804